**Electronically Filed
Supreme Court
SCWC-18-0000773
05-AUG-2020
03:02 PM**

SCWC-18-0000773

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN THE INTEREST OF LI and HDK

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000773; FC-S NOS. 14-1-0092 and 15-1-0072)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Cataldo, in place of Pollack, J., recused)

Petitioner's application for writ of certiorari filed
on June 12, 2020, is hereby accepted, and will be scheduled for
oral argument.  The parties will be notified by the appellate
clerk regarding scheduling.

DATED:  Honolulu, Hawai‘i, August 5, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Lisa W. Cataldo

